**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ann** | **Frances** | **Pegg** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number
(if known)   **19-12179 JGR**

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **9125 W. Cedar Drive, Unit E** | From **approx 2007** | | From |
| Number    Street | To    **Oct., 2016** | Number    Street | To |
| **Lakewood          CO   80226** | | | |
| City          State   ZIP Code | | City          State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Ann Frances Pegg**                                    Case number (if known)   **19-12179 JGR**

| **Part 2:** | **Explain the Sources of Your Income** |

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$45,681.00** | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$67,098.00** | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | The Fringe | ($130.00) | | |
|  | Unemployment | $4,216.00 | | |
|  | Parents | $4,200.00 | | |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>YYYY | Unemployment | $10,149.00 | | |
|  | The Fringe | ($1,800.00) | | |
|  | Parents | $2,100.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>YYYY | The Fringe | ($2,600.00) | | |
|  | IRA withdrawal | $44,600.00 | | |

Debtor 1 **Ann Frances Pegg**      Case number (if known) **19-12179 JGR**

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

Debtor 1   **Ann Frances Pegg** _____   Case number (if known)   **19-12179 JGR** _____

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes.  Fill in the details.

10.   **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

11.   **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

12.   **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13.   **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

14.   **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

| **Part 6:** | **List Certain Losses** |
|---|---|

15.   **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Debtor 1 | **Ann Frances Pegg** | Case number (if known) | **19-12179 JGR** |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **James L. Aab, Esq.** | $1,500.00 | | |
| Person Who Was Paid | | | |
| **5950 S. Willow Drive, Suite 304** | | **2/13/19** | **$1,500.00** |
| Number    Street | | | |
| | | | |
| **Greenwood Village    CO    80111** | | | |
| City                State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| **Debtor** | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Dollar Learning Foundation** | | | |
| Person Who Was Paid | | | |
| | | **2/15/19** | **$20.00** |
| Number    Street | | | |
| | | | |
| | | | |
| City                State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Ann Frances Pegg** | Case number (if known) | **19-12179 JGR** |
|---|---|---|---|

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☒ No
- ☐ Yes.  Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

- ☒ No
- ☐ Yes.  Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☒ No
- ☐ Yes.  Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ☒ No
- ☐ Yes.  Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ☐ No
- ☒ Yes.  Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **POD** | | **Various Items of houuse furniture (all items were included in Addendum attached to Schedule B)** | ☐ No |
| Name of Storage Facility | Name | | ☒ Yes |
| **21110 E. 31st Circle** | | | |
| Number     Street | Number     Street | | |
| | | | |
| **Aurora          CO  80011** | | | |
| City          State  ZIP Code | City          State  ZIP Code | | |

Debtor 1   **Ann Frances Pegg**                                      Case number (if known)   **19-12179 JGR**

## Part 9:   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

## Part 10:   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**

- *Site* **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**

- *Hazardous material* **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

Debtor 1    **Ann Frances Pegg**                                        Case number (if known)   **19-12179 JGR**

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☒ Yes.  Check all that apply above and fill in the details below for each business.

**The Fringe**
Business Name

**1670 Yarrow Street**
Number      Street

**Lakewood**          **CO**    **80214**
City                          State    ZIP Code

Describe the nature of the business
Business was part-time until August, 2018 when Debtor began conducting business on a full time basis after being laid off from employment.

Name of accountant or bookkeeper
self

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  ___  ___  – ___  ___  ___  ___  ___  ___  ___

Dates business existed

From      **2017**      To    **Present**

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes.  Fill in the details below.

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Ann Frances Pegg**                              X  _____
Ann Frances Pegg, Debtor 1                                  Signature of Debtor 2

Date    **03/29/2019**                                       Date  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes.  Name of person _____      Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Ann**        **Frances**        **Pegg** | |
| | First Name      Middle Name      Last Name | |
| Debtor 2 (Spouse, if filing) | First Name      Middle Name      Last Name | |
| United States Bankruptcy Court for the: **DISTRICT OF COLORADO** | | |
| Case number (if known) | **19-12179 JGR** | |

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

**1.** *Schedule A/B: Property* (Official Form 106A/B)

1a. Copy line 55, Total real estate, from Schedule A/B................................................. | **$390,000.00**

1b. Copy line 62, Total personal property, from Schedule A/B...................................... | **$145,514.38**

1c. Copy line 63, Total of all property on Schedule A/B............................................... | **$535,514.38**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$340,137.58**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$11,180.00**

3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$131,580.20**

**Your total liabilities** | **$482,897.78**

### Part 3:   Summarize Your Income and Expenses

**4.** *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I............................................... | **$130.00**

**5.** *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J.................................................. | **$3,594.94**

Debtor 1    __Ann Frances Pegg_____    Case number (if known) __19-12179 JGR__

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑  Yes

7.  **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.
    | 38,504.67 |

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | $0.00 |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | $11,180.00 |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d.  Student loans.  (Copy line 6f.) | $61,767.89 |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + $0.00 |
| 9g.  **Total.**  Add lines 9a through 9f. | $72,947.89 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ann**<br>First Name | **Frances**<br>Middle Name | **Pegg**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number **19-12179 JGR**
(if known)

☐ Check if this is an
   amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**1670 Yarrow Street, Lakewood, CO, 80214-6031**

**Debtor's personal residence.**
**Debtor's personal residence located at 1670 Yarrow Street, Lakewood, CO, 80214-6031.**

Jefferson
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?
**$390,000.00**

Current value of the portion you own?
**$390,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

fee subject to mortgage

☐ Check if this is community property
   (see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any
     entries for pages you have attached for Part 1.  Write that number here.........................................➔ | **$390,000.00** |

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3.   Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

Debtor 1   **Ann Frances Pegg**                                  Case number (if known)   **19-12179 JGR**

3.1.

| | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|

Make: **Ford**

Model: **Expedition XLT**

Year: **2011**

Approximate mileage: **139,000**

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,500.00** | **$8,500.00** |

Other information:

**Debtor's I vehicle also used to pick-up merchandise for resale and deliver merchandise to customers.**

☐ Check if this is community property
(see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................→   **$8,500.00**

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....   **Debtor's household furnishings and furniture as listed on attached addendum.**   $2,630.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....   **Debtor's electronic equipment as listed on addendum.**   $240.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....   **Basketball, snowboard, bat, balls and tennis racket.**   $20.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....   **Debtor's clothing and personal effects.**   $300.00

**Ann Frances Pegg**

## ADDENDUM TO SCHEDULE B-PERSONAL PROPERTY

6 & 7.   Household goods, furniture (property of Debtor ad Spouse):

| | |
|---|---:|
| Living room furniture:  sofa, loveseat, side tables, buffet | $400.00 |
| Entertainment center, bookshelves, etc. | $100.00 |
| Electronics:  TV's (3); stereo, CD player | $240.00 |
| Dining room furniture--3 stools | $100.00 |
| Master bed, dresser, nightstand | $250.00 |
| Kitchen table, chairs | $80.00 |
| Small kitchen appliances | $50.00 |
| Pots, pans, dishes, eating and cooking utensils | $80.00 |
| Refrigerator | $200.00 |
| Microwave | $40.00 |
| Washer/Dryer | $250.00 |
| Miscellaneous household furniture, furnishings, plants, bric-a-brac, pictures | $500.00 |
| Miscellaneous household items, hand tools | $100.00 |
| Vacuum cleaner, dustbuster | $100.00 |
| Bicycles (2) | $200.00 |
| Miscellaneous outdoor/patio furniture:  grill, patio set, chairs | $120.00 |
| Miscellaneous yard and garden tools | $60.00 |
| | |
| | |
| Provisions | |
| TOTAL: | $2,870.00 |

Debtor 1  **Ann Frances Pegg**                                                      Case number (if known)  **19-12179 JGR**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....  **Engagement ring, misc. necklaces, rings and assorted costume jewelry.**                     $700.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....                                                                                 _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes.  Give specific
information.............  **Provisions**                                                                  $80.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here**.................................................................➔  | **$3,970.00** |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes..........................................................................................  Cash:  ..........................            $20.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Debtor's personal checking account at Academy Bank.** | $100.00 |
| 17.2. | Checking account: | **Debtor's business account for The Fringe at Academy Bank.** | $100.00 |
| 17.3. | Checking account: | **Debtor's checking account at US Bank; account has a negative balance.** | ($5.00) |
| 17.4. | Other financial account: | **Debtor's account at Paypal which is believed to have zero balance or is overdrawn.** | Unknown |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................          Institution or issuer name:

Debtor 1   **Ann Frances Pegg**                                    Case number (if known)   **19-12179 JGR**

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
information about
them.......................... Name of entity:                                    % of ownership:

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them.......................... Issuer name:

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☑ Yes.  List each
account separately.     Type of account:      Institution name:

            Retirement account:   **Debtor's PERA account with State of Colorado.**          $120,367.38

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes........................... Institution name or individual:

**23.** **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes........................... Issuer name and description:

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                    _____

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                    _____

**27.** **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                    _____

Debtor 1  **Ann Frances Pegg** _____  Case number (if known)  **19-12179 JGR**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes.  Give specific information about them, including whether you already filed the returns and the tax years......................

**Federal: Debtor's 2018 tax return reflects a refund of $3,444.00 and her 2017 tax return reflects a refund of $4,368.00.  Both returns were filed 3/28/19.  [NOTE: in 2018 Debtor received an assessment notice from IRS for an additional $8,418.00 owed on her 2016 return].  Amt: $7,812.00**

**State: Debtor 2018 tax return reflects a refund of $613.00 and her 2017 tax return reflects a refund of $482.00.  Both returns were filed 3/28/19.  [NOTE: In view of the IRS assessment made concerning Debtor's 2016 return, she filed an amended Colorado return for 2016 which shows additional taxes due of $2,155.00].  Amt: $1,095.00**

| | |
|---|---|
| Federal: | **$7,812.00** |
| State: | **$1,095.00** |
| Local: | **$0.00** |

**29. Family support**
*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

**30. Other amounts someone owes you**
*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

_____

**31. Interests in insurance policies**
*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance company of each policy and list its value...............  Company name:              Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

_____

| Debtor 1 | **Ann Frances Pegg** | Case number (if known) | **19-12179 JGR** |

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

_____

**35.** **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here................................................................................ ➔ | **$129,489.38** |

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37.** **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.** **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

_____

**39.** **Office equipment, furnishings, and supplies**
_Examples:_  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe..   **Desk, filing cabinet, computer and all-in-one printer; office supplies.**    $500.00

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe..   **Supplies used to refurbicsh/refinish merchandise for resale.**    $100.00

**41.** **Inventory**

☐ No
☑ Yes. Describe..   **Merchandise and items currently held for sale and/or in process of being refurbished and placed for sale; general list is attached as addendum. Value is at cost.**    $2,955.00

**42.** **Interests in partnerships or joint ventures**

☐ No
☑ Yes. Describe.....  Name of entity:                    % of ownership:

**On November 1, 2018, Debtor filed Articles of Organization for "The Fringe" with the Colorado Secretary of State. Other than the filing, this entity has never operated as it was never assigned a TIN, nor adopted any Operating Agreement or established any bank account.**    $0.00

**43.** **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe.....

_____

**Ann Frances Pegg**

## ADDENDUM TO SCHEDULE B-PERSONAL PROPERTY

41.   Merchandise/Inventory for resale

| | |
|---|---|
| Porch swings (2) | $40.00 |
| Metal chests (2). | $50.00 |
| Dressers (3) | $120.00 |
| Accent tables (4) | $80.00 |
| Arm chairs (2) | $60.00 |
| Bicycles (3) | $120.00 |
| Table lamps (10) | $100.00 |
| Area rugs (2) | $80.00 |
| Display cases (2) | $40.00 |
| Armoires (2) | $150.00 |
| Desk with chair (3) | $150.00 |
| Glass table | $30.00 |
| Old stereos (2) | $180.00 |
| Set of lockers | $80.00 |
| Yard planters (4) | $60.00 |
| Sofa | $100.00 |
| Framed prints (5) | $100.00 |
| Various items of small home décor | $200.00 |
| Miscellaneous outdoor items | $300.00 |
| End tables/night stands (6) | $150.00 |
| Clocks (3) | $90.00 |
| Various dishware/serving ware | $80.00 |
| bar stools (4) | $100.00 |
| Bookcases (3) | $75.00 |
| Miscellaneous bags, lady accessories | $100.00 |
| Vintage jewelry | $200.00 |
| Decorative ladder (3) | $30.00 |
| Ottomans (2) | $50.00 |
| Miscellaneous hand tools | $40.00 |
| | |
| TOTAL: | $2,955.00 |

Debtor 1    **Ann Frances Pegg**                                   Case number (if known)   **19-12179 JGR**

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**.................................................................................... ➔ | $3,555.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**
*Examples:*  Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                  _____

48.  **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information...............                                                  _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                  _____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                  _____

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information...............                                                  _____

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**............................................................................... ➔ | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53.  **Do you have other property of any kind you did not already list?**
*Examples:*  Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**............................................. ➔ | $0.00 |

Debtor 1 __Ann Frances Pegg__                                    Case number (if known) __19-12179 JGR__

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2**.................................................................................................................➔   $390,000.00

56.  **Part 2: Total vehicles, line 5**                                                    $8,500.00

57.  **Part 3: Total personal and household items, line 15**                             $3,970.00

58.  **Part 4: Total financial assets, line 36**                                        $129,489.38

59.  **Part 5: Total business-related property, line 45**                                $3,555.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                          $0.00

61.  **Part 7: Total other property not listed, line 54**                          +        $0.00

62.  **Total personal property.**   Add lines 56 through 61.................   $145,514.38   Copy personal property total  ➔  +   $145,514.38

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62.......................................................................   $535,514.38

**Fill in this information to identify your case:**

| Debtor 1 | **Ann** | **Frances** | **Pegg** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number **19-12179 JGR**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Debtor's personal residence.**<br>**Debtor's personal residence located at 1670 Yarrow Street, Lakewood, CO, 80214-6031.**<br>Line from *Schedule A/B*: __1.1__ | **$390,000.00** | ☑ __$49,862.42__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 38-41-201(1)(a)**<br>**(Claimed: $49,862.42**<br>**Equity up to $75,000 - est $ )** |
| Brief description:<br>**2011 Ford Expedition XLT (approx. 139,000 miles)**<br>**Debtor's l vehicle also used to pick-up merchandise for resale and deliver merchandise to customers.**<br>Line from *Schedule A/B*: __3.1__ | **$8,500.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102 (1)(i)**<br>**(Claimed: $8,500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Debtor 1    **Ann Frances Pegg**                                        Case number (if known)    **19-12179 JGR**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Debtor's household furnishings and furniture as listed on attached addendum.**<br>Line from *Schedule A/B*: __6__ | $2,630.00 | ☑ $2,630.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102 (1)(e)**<br>**(Claimed: $2,630.00**<br>**100% of FMV up to $3,000.00)** |
| Brief description:<br>**Debtor's electronic equipment as listed on addendum.**<br>Line from *Schedule A/B*: __7__ | $240.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102 (1)(e)**<br>**(Claimed: $240.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Debtor's clothing and personal effects.**<br>Line from *Schedule A/B*: __11__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102 (1)(a)** |
| Brief description:<br>**Engagement ring, misc. necklaces, rings and assorted costume jewelry.**<br>Line from *Schedule A/B*: __12__ | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102 (1)(b)** |
| Brief description:<br>**Provisions**<br>Line from *Schedule A/B*: __14__ | $80.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102 (1)(f)**<br>**(Claimed: $80.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Debtor's personal checking account at Academy Bank.**<br>Line from *Schedule A/B*: __17.1__ | $100.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104, 5-5-105 (Claimed: 75%**<br>**75% of amount received from self-employment. )** |
| Brief description:<br>**Debtor's PERA account with State of Colorado.**<br>Line from *Schedule A/B*: __21__ | $120,367.38 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 24-51-212**<br>**(Claimed: 100%**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Desk, filing cabinet, computer and all-in-one printer; office supplies.**<br>Line from *Schedule A/B*: __39__ | $500.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102 (1)(i)**<br>**(Claimed: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Supplies used to refurbicsh/refinish merchandise for resale.**<br>Line from *Schedule A/B*: __40__ | $100.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102 (1)(i)**<br>**(Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

Debtor 1   **Ann Frances Pegg** _____   Case number (if known)   **19-12179 JGR**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Merchandise and items currently held for sale and/or in process of being refurbished and placed for sale; general list is attached as addendum. Value is at cost.**<br>Line from *Schedule A/B*:   **41** | **$2,955.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102 (1)(i) (Claimed: $2,955.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

**Fill in this information to identify your case:**

Debtor 1      __Ann__      __Frances__      __Pegg__
              First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number **19-12179 JGR**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | $340,137.58 | $390,000.00 | |

**Mr. Cooper**
Creditor's name

**8950 Cypress Waters Boulevard**
Number      Street

**1670 Yarrow Street,
Lakewood, CO, 80214-6031**

_____

**Coppell          TX     75019**
City              State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **First Deed of Trust**

Date debt was incurred    __3/2018__       Last 4 digits of account number    __x__  __x__  __x__

**Claim incurred 3/18 for Debtor's refinance of first mortgage on her home. Claim evidenced by promissory note secured by first deed of trust for benefit of creditor who is the successor-in-interest to Pacific Union Financial.**

Add the dollar value of your entries in Column A on this page. Write that number here:    | $340,137.58 |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    | $340,137.58 |

Debtor 1    **Ann Frances Pegg**                                        Case number (if known)  **19-12179 JGR**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

| 1 | **Mr. Cooper** | On which line in Part 1 did you enter the creditor? | **2.1** |
|---|---|---|---|
| | Name | | |
| | **P.O. Box 6119094** | Last 4 digits of account number |  ___ ___ ___ ___ |
| | Number        Street | | |
| | | | |
| | **Dallas**              **TX**     **75261-9741** | | |
| | City                        State        ZIP Code | | |

| 2 | **Mr. Cooper** | On which line in Part 1 did you enter the creditor? | **2.1** |
|---|---|---|---|
| | Name | | |
| | **P.O. Box 9095** | Last 4 digits of account number |  ___ ___ ___ ___ |
| | Number        Street | | |
| | | | |
| | **Temecula**          **CA**     **92589-9095** | | |
| | City                        State        ZIP Code | | |

| 3 | **Mr. Cooper** | On which line in Part 1 did you enter the creditor? | **2.1** |
|---|---|---|---|
| | Name | | |
| | **P.O. Box 650783** | Last 4 digits of account number |  ___ ___ ___ ___ |
| | Number        Street | | |
| | | | |
| | **Dallas**              **TX**     **75265-0783** | | |
| | City                        State        ZIP Code | | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ann** First Name   **Frances** Middle Name   **Pegg** Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known) | **19-12179 JGR** |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | | | **$2,155.00** | **$2,155.00** | **$0.00** |

**Colorado Department of Revenue**
Priority Creditor's Name
**1375 Sherman Street**
Number        Street

**Denver**          **CO**    **80261**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __  __  __  __

**When was the debt incurred?** **2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

On March 28, 2019 Debtor filed an amended tax return for 2016 reflecting additional taxes due of $2,155, exclusive of interest and penaltioies. The amended return was filed in view of the IRS assessment made concerning her 2016 return, The claim amount does not take into account the refunds reflected to due on Debtor's 2017 and 2018 tax returns - see line 28 of Schedule B.

Debtor 1  **Ann Frances Pegg**                                    Case number (if known)  **19-12179 JGR**

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** | | | |
|---|---|---|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|

| 2.2 | | | **$9,025.00** | **$7,622.00** | **$1,403.00** |

**Internal Revenue Service**
Priority Creditor's Name

**P.O. Box 7346**
Number      Street

_____

**Philadelphia**     **PA**     **19101-7346**
City        State    ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Unpaid balance of additional assessed income taxes owed for 2016 plus interest and penalties. [NOTE: this sum does not take into account the refunds which are reflected to be due Debtor on her 2017 and 2018 returns - see line 28 on Schedule B.]**

Debtor 1  **Ann Frances Pegg**                                    Case number (if known)  **19-12179 JGR**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

---

| 4.1 | | **$1,801.66** |
|---|---|---|

**ADT**
Nonpriority Creditor's Name
**P.O. Box 650485**
Number      Street

**Dallas**                    **TX**    **75265-0485**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  **10/18/18**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Contract**

**In October, 2018, Debtor executed three-year contract for installation of security system and monitoring services. Creditor may claim security interest in unpaid monitoring equipment. Claim is listed for all monies owed throughout term of contract.**

---

| 4.2 | | **$7,000.00** |
|---|---|---|

**Amazon Card Services**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number      Street

**Wilminton**                 **DE**    **19850-5298**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **9** **9** **1** **7**

**When was the debt incurred?**  **2017-18**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Unpaid balance of credit card charges believe last used September, 2018.**

Debtor 1  **Ann Frances Pegg**                                    Case number (if known)  **19-12179 JGR**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**

$857.30

**Amazon.com Store Card**
Nonpriority Creditor's Name
**c/o Sychrony Bank**
Number      Street
**P. O. Box 965024**

**Orlando**              **FL**    **30353**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   6   0   9**

When was the debt incurred?    **2018-19**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Services**

Unpaid balance owed for internet access and streaming services incurred 2018-19.

**4.4**

$11,016.45

**Capital One**
Nonpriority Creditor's Name
**P.O. Box 70886**
Number      Street

**Charlotte**              **NC**    **28272-9903**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0   3   9   8**

When was the debt incurred?    **2017-19**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

Unpaid balance of credit card charges incurred 2017-19.

Debtor 1   **Ann Frances Pegg**                                                     Case number (if known)   **19-12179 JGR**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.5

**$2,669.20**

**Comenity Bank/Overstock**
Nonpriority Creditor's Name
**P.O. Box 183043**
Number      Street


**Columbus          OH     43218-3043**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **2   5   4   6**

**When was the debt incurred?**   **2018-19**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
      **Merchandise**

**Unpaid balance of mail order merchandise purchased 2018-19.**

### 4.6

**$1,229.26**

**Credit One Bank**
Nonpriority Creditor's Name
**P.O. Box 60500**
Number      Street


**City of Industry     CA     91716**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **6   8   8   1**

**When was the debt incurred?**   **2017-18**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
      **Credit Card**

**Unpaid balance of credit card charges incurred 2017-18.**

Debtor 1   **Ann Frances Pegg**                          Case number (if known)  **19-12179 JGR**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.7**                                                                                   **$838.97**

**Credit One Mastercard**
Nonpriority Creditor's Name
**P.O. Box 60500**
Number        Street

**City of Industry          CA    91716-0500**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **2   1   1   9**
**When was the debt incurred?**    **2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Unpaid balance of credit card purchases incfurred 2018.

**4.8**                                                                                   **$836.97**

**Credit One Mastercard**
Nonpriority Creditor's Name
**P.O. Box 98873**
Number        Street

**Las Vegas                 NV    89193-8873**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5   5   9   2**
**When was the debt incurred?**    **2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit card**

Unpaid balance of credit card purchases incurred 2018.

Debtor 1 __**Ann Frances Pegg**__                    Case number (if known) __**19-12179 JGR**__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.9 | | **$505.60** |

**Discover Card**
Nonpriority Creditor's Name
**P.O. Box 30943**
Number        Street

**Salt Lake City**          **UT**      **84130-0943**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unpaid balance of credit card charges incurred 2018.

**Last 4 digits of account number**   __8__  __1__  __3__  __9__
**When was the debt incurred?**   __2018__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit card**

| 4.10 | | **$61,767.89** |

**Great Lakes**
Nonpriority Creditor's Name
**2410 International Lane**
Number        Street

**Madison**          **WI**      **53704-3193**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Cureent balance of consolidated student loan debt.

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   __2012-15__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

Debtor 1 __**Ann Frances Pegg**_____   Case number (if known) __**19-12179 JGR**__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.11**

**Home Depot (Citibank)**
Nonpriority Creditor's Name
**P.O. ox 790345**
Number        Street

**$1,017.60**

**Last 4 digits of account number**   **6   5   5   9**

**When was the debt incurred?**   __2018-19__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**St. Louis**          **MO    63179-0345**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit card**

**Unpaid balance of credit card charges incurred 2018-19.**

---

**4.12**

**Kohl's**
Nonpriority Creditor's Name
**P.O. Box 2983**
Number        Street

**$989.40**

**Last 4 digits of account number**   **7   0   1   3**

**When was the debt incurred?**   __2018-19__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Milwaukee**          **WI    53201-2985**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

**Unpaid balance of credit card charges incurred 2018-19.**

---

Debtor 1 **Ann Frances Pegg**  Case number (if known) **19-12179 JGR**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.13

**Total claim** $947.33

**Lowe's**
Nonpriority Creditor's Name
**c/o Sunchrony Bank**
Number   Street
**P.O. Box 530914**

**Atlanta**               **GA**   **30353-0914**
City                         State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **6   8   6   4**

**When was the debt incurred?**   **2018-19**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

### 4.14

**Total claim** $3,717.33

**Paypal Credit**
Nonpriority Creditor's Name
**P.O. Box 71202**
Number   Street

**Charlotte**             **NC**   **28272-1202**
City                         State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **x   x   x**

**When was the debt incurred?**   **2017-19**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

**Unpaid balance of online purchases incurred 2017-19.**

Debtor 1   **Ann Frances Pegg**                                                   Case number (if known)   **19-12179 JGR**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.15** | | $5,580.17

**Southwest Airlines**
Nonpriority Creditor's Name
**c/o Chase Cardmember Services**
Number        Street
**P.O. Box 15298**

**Wilmington            DE      19650-5296**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **4   2   6   9**
When was the debt incurred?   **2017-19**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

Balance of credit card purchases incurred 2017-19.

**4.16** | | $5,526.93

**Southwest Airlines**
Nonpriority Creditor's Name
**c/o Chase Cardmember Services**
Number        Street
**P.O. Box 6298**

**Wilmington            DE      19850-6298**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **7   2   6   9**
When was the debt incurred?   **2017-19**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

Unpaid balance of credit card charges incurred 2017-19 [NOTE: this may be a duplicate listing of the above account due to
the reissuance of the credit card after debtor lost the original card].

Debtor 1  **Ann Frances Pegg** _____  Case number (if known) **19-12179 JGR**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.17**

$2,002.05

**Target**
Nonpriority Creditor's Name
**P.O. Box 5331**
Number          Street

_____

**Sioux Falls**          **SD**    **57117**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **5   6   9   0**

**When was the debt incurred?**    **2017-19**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

Unpaid balance of credit card purchases incurred 2017-19.

**4.18**

$5,877.81

**Upstart**
Nonpriority Creditor's Name
**P.O. Box 1503**
Number          Street

_____

**San Carlos**          **CA**    **94070**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **x   x   x**

**When was the debt incurred?**    **5/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Loan**

**Approx. May, 2018, Debtor obtained a personal signature loan from Wilmington Savings Funds Society.  Creditor acquired the loan from Wilmington Savings Funds.  Amount scheduled is remaining unpaid balance of loan.  Account has been assigned for collection.**

Debtor 1   **Ann Frances Pegg**                                   Case number (if known)   **19-12179 JGR**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.19 | | $13,748.79 |

**US Bank**
Nonpriority Creditor's Name
**P.O. Box 108**
Number        Street

**St. Louis          MO     63166-0108**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   9   6   3   5
When was the debt incurred?   **2017-19**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Unpaid balance of credit card charges incurred 2017-19.

| 4.20 | | $749.21 |

**US Bank**
Nonpriority Creditor's Name
**363 S. Teller Street**
Number        Street

**Lakewood          CO     80226-7387**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   5   4   2   5
When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Account & overdraft charges**

Claim is for bank charges and account overdraft balance incurred 2019.

Debtor 1  **Ann Frances Pegg**

Case number (if known)  **19-12179 JGR**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.21**

$489.70

**Venus**
Nonpriority Creditor's Name
**c/o Comnity Bank**
Number      Street
**P.O. Box 182125**

**Columbus**          **OH**    **43218-2125**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Unpaid balance of online purchases incurred 2018.**

Last 4 digits of account number   **7  2  2  2**
When was the debt incurred?   **2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Mail order merchandise**

---

**4.22**

$2,410.58

**Walmart**
Nonpriority Creditor's Name
**P.O. Box 960024**
Number      Street

**Orlando**           **FL**    **00024**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Unpaid balance of credit card charges incurred 2017-18/**

Last 4 digits of account number   **9  7  7  9**
When was the debt incurred?   **2017-18**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Credit Card**

---

Debtor 1    **Ann Frances Pegg**                                    Case number (if known)  **19-12179 JGR**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.    Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**ADT**
Name
**8774 Yates Drive, Suite 150**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.1**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Westminster**          **CO**    **80031**
City                State   ZIP Code

**ADT**
Name
**3190 S. Vaughn Way**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.1**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Aurora**              **CO**    **80014**
City                State   ZIP Code

**Capital One**
Name
**P.O. Box 30285**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.4**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Salt Lake City**       **UT**    **84130**
City                State   ZIP Code

**Colorado Attorney General**
Name
**1300 Broadway, 10th Floor**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **2.1**  of  *(Check one):*  ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Denver**              **CO**    **80203**
City                State   ZIP Code

**Comenity Bank/Overstock**
Name
**P.O. Box 659707**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.5**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**San Antonio**         **TX**    **78265-9707**
City                State   ZIP Code

Debtor 1   **Ann Frances Pegg**                                    Case number (if known)   **19-12179 JGR**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
| --- | --- |

**Credit One Bank**
Name
**P.O. Box 98873**
Number      Street

_____

**Las Vegas**            **NV**    **89103-8873**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.7__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**Credit One Bank**
Name
**P.O. Box 96873**
Number      Street

_____

**Las Vegas**            **NV**    **89193-8673**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.6__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**Discover Card**
Name
**P.O. Box 6103**
Number      Street

_____

**Carol Stream**         **IL**    **60197-6108**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.9__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**Discover Card**
Name
**P.O. Box 30421**
Number      Street

_____

**Salt Lake City**       **UT**    **84130-0421**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.9__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**District Counsel, IRS**
Name
**600 Seventeenth Street, #300N**
Number      Street

_____

**Denver**               **CO**    **80202**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __2.2__  of  (Check one):  ☑ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**FMA Alliance Ltd.**
Name
**Re:  Upstart**
Number      Street
**Bldg. B, Suite 3**

**80 Garden Center**

**Broomfield**           **CO**    **80020**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.18__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

Debtor 1  **Ann Frances Pegg**                                    Case number (if known)  **19-12179 JGR**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**FMA Alliance Ltd.**
Name
**Re: Upstart**
Number      Street
**P.O. Box 2409**

**Houston**            **TX**      **77252-2409**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.18**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**FMA Alliance Ltd.**
Name
**Re: Upstart**
Number      Street
**12339 Cutten Road**

**Houston**            **TX**      **77066**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.18**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Great Lakes**
Name
**P. O. Box 530229**
Number      Street

**Atlanta**            **GA**      **30353-0229**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.10**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Internal Revenue Service**
Name
**1973 N. Rulon White Boulevard**
Number      Street

**Ogden**            **UT**      **84201-0021**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **2.2**  of  *(Check one):*  ☑ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Internal Revenue Service**
Name
**1999 Broadway**
Number      Street
**MS: 5012 DEN**

**Denver**            **CO**      **80202**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **2.2**  of  *(Check one):*  ☑ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Mr. Cooper**
Name
**P.O. Box 9095**
Number      Street

**Temecula**            **CA**      **92589-9095**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

Debtor 1  **Ann Frances Pegg**                                                    Case number (if known)  **19-12179 JGR**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Southwest Airlines**
Name
**c/o Chase Cardmember Services**
Number        Street
**P.O. Box 15548**

**Wilmington**          **DE**    **19886-5548**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.16**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Southwest Airlines**
Name
**c/o Chase Cardmember Services**
Number        Street
**P.O. Box 6294**

**Carol Stream**        **IL**    **60197-6294**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.16**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Southwest Airlines**
Name
**c/o Chase Cardmember Services**
Number        Street
**P.O. Box 6294**

**Carol Stream**        **IL**    **60197-6294**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.15**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Target**
Name
**P.O. Box 660170**
Number        Street

**Dallas**              **TX**    **75266-0170**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.17**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**U. S. Department of Education**
Name
**P. O. Box 790321**
Number        Street

**St Louis**            **MO**    **63179-0321**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.10**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**U.S. Attorney General**
Name
**Department of Justice, Tax Division**
Number        Street
**P.O. Box 683, Ben Franklin Station**

**Washington**          **DC**    **20044**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **2.2**  of  (Check one):  ☑ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

Debtor 1   **Ann Frances Pegg**                                      Case number (if known)   **19-12179 JGR**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**United States Attorney**
Name
**1801 California Street, Suite 1600**
Number      Street



**Denver**              **CO**    **80202**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **2.2**   of  (Check one):   ☑ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

---

**United States Attorney**
Name
**1801 California Street, Suite 1600**
Number      Street



**Denver**              **CO**    **80202**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.10**   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

---

**US Attorney General**
Name
**Department of Justice**
Number      Street
**10th & Constituion Avenue**

**Washington**          **DC**    **20530**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   _____   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

---

**US Attorney General**
Name
**Department of Justice**
Number      Street
**10th & Constituion Avenue**

**Washington**          **DC**    **20530**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.10**   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

---

**US Bank**
Name
**P.O. 108**
Number      Street



**St. Louis**           **MO**    **63166-0108**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.20**   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

---

**US Bank**
Name
**P. O. Box 64799**
Number      Street



**St Paul**             **MN**    **55164-0799**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.19**   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

---

Debtor 1  **Ann Frances Pegg**                                          Case number (if known)  **19-12179 JGR**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**US Bank**
Name
**P.O. Box 63799**
Number      Street


**St. Paul**            **MN**    **55164-0799**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.19**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**US Bank**
Name
**P.O. Box 6352**
Number      Street


**Fargo**              **ND**    **58125-6352**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.19**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**US Department of Education**
Name
**1244 Speer Boulevard, Suite 615**
Number      Street


**Denver**             **CO**    **80204-3582**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.10**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**US Department of Educaton**
Name
**400 Maryland Avenue, SW**
Number      Street


**Washington**         **DC**    **20202**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.10**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**Venus**
Name
**c/o Comenity Bank**
Number      Street
**P.O. Box 659617**


**San Antonio**        **TX**    **78265-9617**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.21**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

Debtor 1   **Ann Frances Pegg**                                    Case number (if known)   **19-12179 JGR**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
     28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. **$11,180.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+ $0.00** |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. **$11,180.00** |

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. **$61,767.89** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$0.00** |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+ $69,812.31** |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. **$131,580.20** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ann** | **Frances** | **Pegg** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number **19-12179 JGR**
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**   **State what the contract or lease is for**

   2.1  **ADT**                                                      **Three-year home security alarm monitoring contract**
        Name                                                         **executed 10/18/18.**
        **P.O. Box 650485**                                          **Contract to be REJECTED**
        Number    Street

        **Dallas**                          **TX**   **75265-0485**
        City                                State    ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ann** | **Frances** | **Pegg** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number **19-12179 JGR**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

| Debtor 1 | **Ann** | **Frances** | **Pegg** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **19-12179 JGR**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed  ☐ Not employed | ☐ Employed  ☐ Not employed |
| **Occupation** | | | |
| **Employer's name** | | **self** | |
| **Employer's address** | | | |
| | | Number  Street | Number  Street |
| | | City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | | | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | **$0.00** | |
| 3. | Estimate and list monthly overtime pay. | + **$0.00** | |
| 4. | Calculate gross income. Add line 2 + line 3. | **$0.00** | |

Debtor 1   **Ann Frances Pegg**                              Case number (if known)  **19-12179 JGR**

|  | | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| Copy line 4 here .......................................... ➔ | | 4. | | $0.00 | |
| **5.** | **List all payroll deductions:** | | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | | $0.00 | |
| | **5b.** Mandatory contributions for retirement plans | 5b. | | $0.00 | |
| | **5c.** Voluntary contributions for retirement plans | 5c. | | $0.00 | |
| | **5d.** Required repayments of retirement fund loans | 5d. | | $0.00 | |
| | **5e.** Insurance | 5e. | | $0.00 | |
| | **5f.** Domestic support obligations | 5f. | | $0.00 | |
| | **5g.** Union dues | 5g. | | $0.00 | |
| | **5h.** Other deductions. Specify: _____ | 5h. + | | $0.00 | |
| **6.** | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | | $0.00 | |
| **7.** | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | | $0.00 | |
| **8.** | **List all other income regularly received:** | | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | | $130.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | | |
| | **8b.** Interest and dividends | 8b. | | $0.00 | |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| | **8d.** Unemployment compensation | 8d. | | $0.00 | |
| | **8e.** Social Security | 8e. | | $0.00 | |
| | **8f.** Other government assistance that you regularly receive | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| | Specify: _____ | 8f. | | $0.00 | |
| | **8g.** Pension or retirement income | 8g. | | $0.00 | |
| | **8h.** Other monthly income. Specify: _____ | 8h. + | | $0.00 | |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | | $130.00 | |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $130.00 | + _____ = $130.00 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11.  +   $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   $130.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:   **Hopefully, yes.**

Debtor 1     **Ann Frances Pegg**                                              Case number (if known)   **19-12179 JGR**

8a.  Attached Statement (Debtor 1)

**Gross Monthly Income:**                                                                         $1,000.00

| Expense | Category | Amount |
|---|---|---|
| supplies | | **$50.00** |
| Inventory acquisition | | **$200.00** |
| labor | | **$100.00** |
| office supplies | | **$20.00** |
| telephone | | **$50.00** |
| vehicle expense | | **$400.00** |
| Miscellaneous | | **$50.00** |

**Total Monthly Expenses**                                                                       $870.00

**Net Monthly Income:**                                                                          $130.00

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Ann** | **Frances** | **Pegg** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number **19-12179 JGR**
(if known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
  ☐ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**          ☑ No

Do not list Debtor 1 and Debtor 2.     ☐ Yes. Fill out this information for each dependent..................

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
☑ No
☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I).

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,086.94** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$80.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | |

Debtor 1   **Ann Frances Pegg**                                    Case number (if known)   **19-12179 JGR**

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$250.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$80.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$178.00** |
| | 6d.  Other.  Specify:  **cable & alarm** | 6d. | **$200.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$400.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | **$50.00** |
| 11. | **Medical and dental expenses** | 11. | **$30.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$50.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$20.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$20.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | |
| | 15d.  Other insurance.  Specify: | 15d. | |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: | 17c. | |
| | 17d.  Other.  Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Debtor 1    **Ann Frances Pegg**                                    Case number (if known)   **19-12179 JGR**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.**  Specify:  **Gifts, vacations, misc. personal expenses**    21.    +_____ **$100.00**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$3,594.94** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$3,594.94** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$130.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | − **$3,594.94** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($3,464.94)** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
      **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ann** | **Frances** | **Pegg** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **DISTRICT OF COLORADO** | | | |
| Case number (if known) | **19-12179 JGR** | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Ann Frances Pegg**
Ann Frances Pegg, Debtor 1

X _____
Signature of Debtor 2

Date **03/29/2019**
MM / DD / YYYY

Date _____
MM / DD / YYYY